AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-00312 (JS)(LGD)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Avanti Foods Corporation
was received by me on *(date)* 01/19/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Manish Patel , who is
designated by law to accept service of process on behalf of *(name of organization)* Avanti Foods Corporation
_____ on *(date)* 01/24/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/06/2023        _____
                        *Server's signature*

                        Rob Robinsn
                        _____
                        *Printed name and title*

                        State Process Service, Inc.
                        11430 West Bluemond Rd, 11
                        Wauwatosa WI 53226
                        _____
                        *Server's address*

Additional information regarding attempted service, etc:
Service was served at 2025 W South Branch Blvd, Oak Creek, WI 53154.