# SCHWARTZ, CONROY & HACK, PC

*Making Insurance Companies Keep Their Promises*

Robert E. Hewitt, Associate/ REH@schlawpc.com

December 4, 2023

**<u>via E-FILE ONLY</u>**:
Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom
830 Central Islip, New York 11722

        Re:    **Tasty Brands, LLC v. Avanti Foods Corporation**
                  **2:23-cv-00312-JS-LGD**

Your Honor:

      We represent Plaintiff, Tasty Brands LLC. We write in response to Your Honor's Order dated January 4, 2024 regarding whether the parties are ready to hold a productive settlement conference on February 1, 2024. Unfortunately, we have just been informed that the individual at Tasty Brands with settlement authority will be out of the country on that date and therefore unavailable. We apologize to the Court for any inconvenience this may have caused. We have consulted with counsel for Defendant and the parties still desire a settlement conference by Zoom.

      We propose the following dates of February 20, 21, 22, 23, or any later date available to the Court. In the interim, we continue to try to settle the case.

      We appreciate Your Honor's Time and attention.

                              Very truly yours,

                              SCHWARTZ, CONROY & HACK, PC

                              *Robert E. Hewitt*
            By:    _____
                          Robert E. Hewitt, Esq.